**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KAY BROOKS,<br>individually and<br>on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINSTREET, INC.,<br><br>Defendant. | Case No. 1:26-cv-02105-JPH-KMB<br><br>**CORPORATE DISCLOSURE STATEMENT 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, QuinStreet, Inc. ("QuinStreet"), states as follows:

QuinStreet is a publicly traded company with no parent corporation. Blackrock, Inc., a publicly traded corporation, owns more than 10% of QuinStreet's stock. No other publicly held corporation owns 10% or more of its stock.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Anne E. Becker*

Anne E. Becker, Esq.
Lewis Kappes
One American C Square, Suite 2500
Indianapolis, IN 46282
Telephone: (317) 639-1201
Fax: (317) 639-4882
Email: ABecker@lewis-kappes.com
*Attorney for Defendant QuinStreet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Anne E. Becker*
Anne E. Becker